# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KR CITRUS, INC.,<br><br>         Plaintiff,<br><br>   v.<br><br>DANDREA PRODUCE, LLC,<br><br>         Defendant. | Case No. 1:21-cv-00811-NONE-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO ASSIGN DISTRICT JUDGE TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE |

On November 9, 2021, a stipulation was filed dismissing this action without prejudice and with each party to bear its own costs and fees. (ECF Nos. 20, 21.)[1] In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice and without an award of costs or attorneys' fees.

///
///
///
///
///
///

---

[1] ECF Nos. 20 and 21 appear to simply be duplicative filings of the same document made in error.

1

Accordingly, the Clerk of the Court is HEREBY DIRECTED to assign a district judge to this case for the purpose of closing the case and then to adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **November 9, 2021**

UNITED STATES MAGISTRATE JUDGE